PAUL D. TURNER
Attorney at Law
State Bar Number: 99174
350 B Street, Suite 3100
San Diego, California 92101
Telephone: (619) 231-2001
ptlaw@cox.net

Attorney for Defendant, RUBEN HERNANDEZ-ROMERO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA
( Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07 CR 1408-14-WQH |
| Plaintiff, | ORDER FOR PAYMENT OF INTERPRETER EXPENSES |
| vs. | |
| RUBEN HERNANDEZ-ROMERO (14), | |
| Defendant. | |

GOOD CAUSE APPEARING, in the Ex Parte Application for Payment of Extraordinary Expenses,

**IT IS HEREBY ORDERED** pursuant to Title 18, United States Code, Sections 3006(e)(1)that extraordinary expenses not to exceed $1,500.00 at this time are authorized for the interpreter services.

DATED: September 27, 2007

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge

-1-