PAUL D. TURNER
Attorney at Law
State Bar Number: 99174
350 B Street, Suite 3100
San Diego, California 92101
Telephone: (619) 231-2001
ptlaw@cox.net
Attorney for Defendant, RUBEN HERNANDEZ-ROMERO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
( Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  07 CR 1408-14-WQH |
| Plaintiff, | ORDER FOR PAYMENT OF PARALEGAL EXPENSES |
| vs. | |
| RUBEN HERNANDEZ-ROMERO (14), | |
| Defendant. | |

GOOD CAUSE APPEARING, in the Ex Parte Application for Payment of Extraordinary Expenses, **IT IS HEREBY ORDERED** pursuant to Title 18, United States Code, Sections 3006(e)(1)that extraordinary expenses not to exceed $2,000.00 at this time are authorized for the paralegal services of TIMOTHY BRACHMANIS. All future billing for paralegal services on behalf of Mr.HERNANDEZ-ROMERO shall be made directly to the Court by paralegal Timothy Brachmanis on a CJA form approved by the Court.

**SO ORDERED**.

DATED:   September 27, 2007

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge

-1-